Ill.2d 165, 180; *In re Estate of Kuhn* (1967), 87 Ill.App.2d 411, 416.) We agree with the conclusion reached by the trial court that the record did not show that the executor wasted or mismanaged the estate so as to render him unsuitable or incapable to act.

The judgment below is affirmed.

Judgment affirmed.

MORAN, P. J., and SEARS, J., concur.

---

ED KEIM BUILDERS, INC., Plaintiff-Appellee, *v.* BERNICE WEBB, Defendant-Appellant.

(No. 70-271; ▓▓▓▓▓▓▓▓▓▓▓

Second District—October 5, 1971.

Opinion by Mr. JUSTICE SEIDENFELD.

Carbary, Carbary & Chapski, of Elgin, for appellant.

Donovan, Dichtl, Atten, Mountcastle & Roberts, of Wheaton, for appellee.